NO. 07-12-00211-CV
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL B
 
--------------------------------------------------------------------------------
JUNE 26, 2012
--------------------------------------------------------------------------------

 
 IN RE TIMOTHY N. MIDDLETON, RELATOR
--------------------------------------------------------------------------------

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

 MEMORANDUM OPINION
 
 On May 23, 2012, relator Timothy N. Middleton filed a petition for writ of mandamus against the District Court of Wilbarger County, Texas. 
By letter of June 1, 2012, we notified relator the required filing fee remained unpaid and explained the proceeding would be dismissed unless the filing fee was paid by June 11, 2012. See Tex. R. App. P. 5, 20.1, 42.3(c). Relator did not pay the fee or file an affidavit of indigence.
Accordingly, we dismiss relator's petition. See Tex. R. App. P. 5, 42.3(c). 

 James T. Campbell
 Justice